PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 25 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

| | |
|---|---|
| Name of Offender: Somxay Phimmasanh | Case Number: 0980 2:09CR00015-005 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge | |
| Date of Original Sentence: July 14, 2010 | Type of Supervision: Supervised Release |
| Conspiracy to Distribute 1,000 Kilograms or More of Marijuana, 21 U.S.C. § 846 and 841(1)(1), (b)(1)(A)(vii)Original Offense: | Date Supervision Commenced: October 11, 2013 |
| Original Sentence: Prison - 60 M; TSR - 60 M | Date Supervision Expires: October 10, 2018 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

18    You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Per review of the offender's information, it was determined he has history of substance abuse issues. The undersigned officer is requesting the above conditions be added to assist the offender with counseling and testing services. Mr. Phimmasanh, has agreed to the modification as evidenced by the attached signed waiver of hearing to modify conditions of supervised release as reflected above.

                                           Respectfully submitted,

                                    by     s/Richard Law
                                           _____
                                           Richard Law
                                           U.S. Probation Officer
                                           Date: November 25, 2013

Prob 12B
**Re: Phimmasanh, Somxay
November 25, 2013
Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

/s/ Edward F. Shea
Signature of Judicial Officer

November 25, 2013
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17   You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

18   You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____    Signed: _____
        Richard Law                         Somxay Phimmasanh
        U.S. Probation Officer              Probationer or Supervised Releasee

                    10-15-13
                    _____
                    Date